ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@gordonrees.com

*Attorneys for Retrieval-Masters Creditors Bureau, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE HERNANDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC., a foreign corporation doing business as AMERICAN MEDICAL COLLECTION AGENCY<br><br>        Defendants. | Case No.:  2:16-CV-02591-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Jorge Hernandez ("Plaintiff"), and Defendant Retrieval-Masters Creditors Bureau, Inc. ("RCMB"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on November 8, 2016 [ECF No. 1].

2. RMCB recently retained counsel and a short extension is necessary to allow RMCB's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff and RMCB also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for RMCB to respond to the Complaint until December 16, 2016.  This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

/ / /

4. RMCB requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

5. Therefore, the parties agree that RMCB's response to the Complaint is now due on or before **December 16, 2016**.

DATED: November __, 2016.

GORDON & REES LLP

*/s/ Robert S. Larsen*
_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Retrieval-Masters Creditors Bureau, Inc.*

DATED: November __, 2016.

*/s/ Mitchell D. Gliner*
_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 3419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102

*Attorney for Plaintiff Jorge Hernandez*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2016